

# In the Missouri Court of Appeals
## Eastern District

JULY 8, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED99675    STATE OF MISSOURI, RES V BRYANT T. MCCALL, APP

2.    ED100568 DARIUS YOUNG, APP V. CITY OF ST. LOUIS, ET AL, RES